```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ____9/19/2016____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARSHALL VANDERMARK et al.,

                              Plaintiffs,

        -v-

LAW ENFORCEMENT EMPLOYEES
BENEVOLENT ASSOCIATION et al.,

                              Defendants.

15 Civ. 483 (VSB)

ORDER

VERNON S. BRODERICK, United States District Judge:

        For the reasons stated on the record in the conference in this matter held on September

16, 2016, it is hereby:

        ORDERED that Defendants' motion to dismiss, (Doc. 27), is GRANTED IN PART

AND DENIED IN PART.  Defendants' motion to dismiss is granted as to Plaintiffs' claims

under Titles I, IV, and V of the Labor Management Reporting and Disclosure Act.  Defendants'

motion to dismiss is denied as to Plaintiffs' claims under Title II of the Labor Management

Reporting and Disclosure Act and New York state law.  However, venue is not proper in this

District for Plaintiffs' Title II claim, and therefore this matter—which includes Plaintiffs' Title II

claim and Plaintiffs' New York state law claims—is transferred to the United States District

Court for the Northern District of New York absent the filing of a motion for reconsideration by

Plaintiff.

        The Clerk of Court is respectfully directed to close the pending motion, (Doc. 27).  The

Clerk of Court is also respectfully directed to transfer this matter to the United States District

2

Court for the Northern District of New York on October 14, 2016 unless Plaintiff files a motion

for reconsideration prior to that date.

SO ORDERED.

Dated:          September 16, 2016
               New York, New York

Vernon S. Broderick
United States District Judge

2