UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MARSHALL VANDERMARK, ROBERT                          Civil Action No. 15-CV-0483 (VSB)
MATEER, THOMAS TERMINELLE, as members
of a Class of approximately 190 Police Officers
Similarly Situated,

                              Plaintiffs,         **NOTICE OF MOTION**

      -against-

LAW ENFORCEMENT EMPLOYEES
BENEVOLENT ASSOCIATION (LEEBA), and
KENNETH N. WYNDER, president of LEEBA,

                              Defendants.
------------------------------------------------------------------X

      **PLEASE TAKE NOTICE**, that upon the accompanying Memorandum of Law; Declaration of Rudy A. Dermesropian, Esq., and upon all prior pleadings and proceedings herein, the undersigned hereby moves this Court, before the Honorable Vernon S. Broderick, at the Courthouse located at 500 Pearl Street, New York, New York 10007 for an Order granting Plaintiffs' Motion for Reconsideration or Re-argument pursuant to Local Civil Rule 6.3, and Federal Rules of Civil Procedure 60(b)(6).

      **PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Civil Rules 6.1(b)(2) and 6.1(b)(3), responsive papers are to be served on or before October 27, 2016, and any reply papers are to be served on or before November 3, 2016.

Dated: New York, New York
October 13, 2016

                                    RUDY A. DERMESROPIAN, LLC
                                    *Attorneys for Plaintiffs*

                    By:     /s/ Rudy A. Dermesropian
                                    Rudy A. Dermesropian (RD 8117)
                                    45 Broadway, Suite 1420
                                    New York, New York 10006
                                    (646) 586-9030

```
  I am in receipt of Plaintiffs' motion for reconsideration.  Defendants' response is
due on or before November 14, 2016.  Plaintiffs' reply, if any, is due on or before
November 28, 2016.
```

SO ORDERED:

/s/ Vernon Broderick    10/14/2016
HON. VERNON S. BRODERICK
UNITED STATES DISTRICT JUDGE