UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                         :

MARSHALL VANDERMARK, et al.,        :
                                           :

                      Plaintiffs,    :

-v-                                          :

                                           :

LAW ENFORCEMENT EMPLOYEES     :
BENEVOLENT ASSOCIATION, et al.,     :

                                           :

                   Defendants.    X
------------------------------------------------------------

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___8/28/2017___

15-CV-483 (VSB)

ORDER OF REFERENCE

VERNON S. BRODERICK, United States District Judge:

        The above entitled action is referred to the designated Magistrate Judge for the following purposes:

| | | | |
|---|---|---|---|
| ___ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| ___ | Specific Non-Dispositive Motion/Dispute _____ | ___ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose: _____ |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | ___ | Habeas Corpus |
| _x_ | Settlement | ___ | Social Security |
| ___ | Inquest After Default/Damages Hearing | ___ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) Particular Motion: _____ |

SO ORDERED.

Dated:      August 28, 2017
             New York, New York

_____
Vernon S. Broderick
United States District Judge