# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

MARSHALL VANDERMARK, et al.,

                                Plaintiffs,                        15 **CIVIL** 483 (VSB)

                              -against-                            **<u>JUDGMENT</u>**

LAW ENFORCEMENT EMPLOYEES
BENEVOLENT ASSOCIATION, (LEEBA),
et al.,

                              Defendants.

------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated October 6, 2021, Defendants' motion for summary judgment is GRANTED. Plaintiffs' case is dismissed; accordingly, this case is closed.

**Dated:**  New York, New York
           October 8, 2021

                                                            **RUBY J. KRAJICK**
                                                             _____
                                                              **Clerk of Court**
                                            **BY:**
                                                                 **Deputy Clerk**